MICHAEL SHERIFF, Respondent, *v.* ÆTNA LIFE INSURANCE COMPANY, Appellant.

Appeal from a determination of the Appellate Term affirming a judgment of the Municipal Court.

PER CURIAM: On the authority of *Hook* v. *Michigan Mut. Life Ins. Co.* (44 Misc. Rep. 478; affd., 139 App. Div. 922) the determination and judgment appealed from are reversed and the complaint dismissed, with costs to the appellant in all courts. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ. Determination and judgment reversed and complaint dismissed, with costs to appellant in all courts.